IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Emil

Printed: 12/28/07

Case Number: 04 B 03597
Judge: Wedoff, Eugene R

Filed: 1/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  November 21, 2007
Confirmed:  March 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,117.73 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.20 |
| Trustee Fee: |  | 153.24 |
| Other Funds: |  | 223.83 |
| Totals: | 3,400.00 | 3,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | United States Dept Of Education | Unsecured | 764.73 | 764.73 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 353.00 | 353.00 |
| 4. | Sprint | Unsecured |  | No Claim Filed |
| 5. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 6. | Bank Of America | Unsecured |  | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 8. | South Shore Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,022.93 | $ 3,022.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 9.03 |
| 4% | 6.67 |
| 6.5% | 21.68 |
| 3% | 19.28 |
| 5.5% | 33.64 |
| 5% | 17.42 |
| 4.8% | 23.04 |
| 5.4% | 22.48 |
|  | _____ |
|  | $ 153.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Emil | Case Number: 04 B 03597 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 1/30/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

